IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TIM LEPAGE,

               Plaintiff,

vs.                                                                           Case No. _____

CITY OF SALINA and
LARRY MULLIKIN,

               Defendant.

## Notice of Removal

Defendant City of Salina submits this Notice of Removal of this action from the Twenty Eighth Judicial District, the District Court of Saline County, Kansas, to the United States District for the District of Kansas pursuant to 28 U.S.C. §§ 1441, 1446 and D. Kan. Rule 81.1.

1. The above-captioned matter was filed in the Twenty Eighth Judicial District, in the District Court of Salina County, Kansas, on or about March 15, 2022.

2. A summons and copy of the Petition were served upon defendant City of Salina, Kansas on March 17, 2022. This notice is filed within thirty days after service of the summons and petition. 28 U.S.C. § 1446(b)(2)(B).

3. Defendant Larry Mullikin was served with a summons and copy of the Petition on March 22, 2022. The City was unable to obtain Mullikin's consent for removal because of wrong or outdated contact information. However, consent is not required in this case. 28 U.S.C. § 1441(c). "[I]f one defendant's removal petition is premised on removable claims separate and independent from the claims brought against other defendants, consent of the other defendants is

not required." *Henry v. Indep. Am. Sav. Ass'n*, 857 F.2d 995, 999 (5th Cir. 1988). "[I]f consent were required in such a case, a plaintiff might be able to prevent removal of a federal claim by joining an unrelated claim against a different defendant, and this would reduce the effectiveness of section 1441(c) in making separate and independent claims a basis for removal." *Bernstein v. Lind-Waldock & Co.*, 738 F.2d 179, 183 (7th Cir. 1984). As explained below, plaintiff asserts his sole federal claim against the City and the only claim against Mullikin is state law defamation. Because the federal claim against the City is separate and independent from the state law claims against Mullikin, his consent is not required for removal.

4. Plaintiff's petition asserts a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, against the City, specifically that the City retaliated against plaintiff for reporting wage and hour violations. The petition also alleges that the City discharged plaintiff in retaliation for whistle-blowing and that Mullikin defamed plaintiff.

5. The federal courts have original jurisdiction over all civil actions arising under the constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Plaintiff's FLSA claim falls within the original jurisdiction of the federal court. Removal is therefore appropriate under 28 U.S.C. § 1441(a). The Court has supplemental jurisdiction over plaintiff's retaliatory discharge for whistleblowing and defamation state law claims under 28 U.S.C. § 1367(a).

6. In accordance with 28 U.S.C. § 1446(a), copies of the process and pleadings served upon the defendant are attached as Appendix A.

7. No orders have been served upon defendant in the action.

8. A copy of the written notice served upon the plaintiff this date will be filed in state court is attached as Appendix B.

Respectfully submitted,

/s/ Blake K. Porter
Terelle A. Mock                                      #21465
Blake K. Porter                                      #28289
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
E-mail: tmock@fpsslaw.com
         bporter@fpsslaw.com
**Attorneys for Defendant City of Salina**

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Larry G. Michel, #14067
KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHTD.
119 W. Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 | (785) 825-5936 – fax
lmichel@kenberk.com
**Attorney for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

/s/ Blake K. Porter
Blake K. Porter

{T0474464}                                     3